DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #15926
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SHERI LYNN YOKOM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                    )<br>              Plaintiff,            )<br>                                    )<br>     v.                             )<br>                                    )<br>SHERI LYNN YOKOM,                   )<br>                                    )<br>              Defendant.            )<br>_____) | No. CR-S-09-511 GEB<br><br>AMENDED<br>STIPULATION AND ORDER<br><br>Date:  February 12, 2010<br>Time:  9:00 am.<br>Judge: Hon. Garland E. Burrell |

    It is hereby stipulated between the parties, Assistant United States Attorney Michael Anderson, and Assistant Federal Defender Caro Marks, attorney for defendant Sheri Lynn Yokom, as follows:

    The status conference hearing date of January 15, 2010, should be continued until February 12, 2010.

    The reason for the continuance is to allow Probation time to prepare a Alien Pre-Plea Presentence Report, and then to allow the government to prepare a plea agreement.  Thereafter, defense counsel

1  must travel to Nevada City to review these documents with the
2  defendant.  It would be impracticable to complete these tasks before
3  February 12, 2010.
4     Therefore, IT IS STIPULATED between the parties that the time
5  period between the signing of this Order up to and including February
6  12, 2010 be excluded in computing the time within which trial must
7  commence under the Speedy Trial Act, pursuant to 18 U.S.C. §
8  3161(h)(7)(A) and (B)(iv) and Local Code T4, for ongoing preparation of
9  counsel.

11 Dated:  January 14, 2010
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Caro Marks
                                        _____
                                        CARO MARKS
                                        Attorney for Defendant
                                        SHERI LYNN YOKOM
17 Dated:  January 14, 2010
                                        BENJAMIN WAGNER
                                        United States Attorney


                                        /s/ Michael Anderson
                                        _____
                                        MICHAEL ANDERSON
                                        Assistant United States Attorney


**ORDER**

24    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
25 ordered that the January 15, 2010 status conference be continued to
26 February 12, 2010 at 9:00 a.m.  Based on the representation of defense
27 counsel and good cause appearing there from, the court hereby finds
28 that the failure to grant a continuance in this case would deny defense

counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the status conference on February 12, 2010 shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   January 20, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge