DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #15926
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
SHERI LYNN YOKOM


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-09-511 GEB |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| SHERI LYNN YOKOM, ) | |
| ) | Date: March 26, 2010 |
| Defendant. ) | Time: 9:00 am. |
| ) | Judge: Hon. Garland E. Burrell |
| _____ ) | |

    It is hereby stipulated between the parties, Assistant United States Attorney Michael Anderson, and Assistant Federal Defender Caro Marks, attorney for defendant Sheri Lynn Yokom, as follows:

    The status conference hearing date of March 5, 2010, should be continued until March 26, 2010 .

    The reason for the continuance is as follows:  the defendant is a citizen of Canada.  She is charged with Illegal Reentry into the United States, 8 U.S.C. §1326. Her family has retained a post-conviction

1  attorney in the Bay Area to assist undersigned counsel in effectuating
2  a prison transfer to Canada for the defendant once she is sentenced. To
3  allow the defense time to complete this research, the parties stipulate
4  to continue the present status conference/entry of plea date from March
5  5, 2010, to March 26, 2010.
6      Therefore, IT IS STIPULATED between the parties that the time
7  period between the signing of this Order up to and including March 26,
8  2010 be excluded in computing the time within which trial must commence
9  under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
10 (B)(iv) and Local Code T4, for ongoing preparation of counsel.

12 Dated:  March 3, 2010
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
14                                  Federal Defender

16                                  /s/ Caro Marks
                                    _____
                                    CARO MARKS
17                                  Attorney for Defendant
                                    SHERI LYNN YOKOM
18 Dated: March 3, 2010

19                                  BENJAMIN WAGNER
                                    United States Attorney

21                                  /s/ Michael Anderson
                                    _____
22                                  MICHAEL ANDERSON
                                    Assistant United States Attorney

24                              **ORDER**

25      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
26 ordered that the March 5, 2010 status conference be continued to March
27 26, 2010 at 9:00 a.m.  Based on the representation of defense counsel
28 and good cause appearing there from, the court hereby finds that the

1  failure to grant a continuance in this case would deny defense counsel
2  reasonable time necessary for effective preparation, taking into
3  account the exercise of due diligence.  The Court finds that the ends
4  of justice to be served by granting a continuance outweigh the best
5  interests of the public and the defendant in a speedy trial.  It is
6  ordered that time up to and including the status conference on March
7  26, 2010 shall be excluded from computation of time within which the
8  trial of this matter must be commenced under the Speedy Trial Act
9  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4,
10 to allow defense counsel reasonable time to prepare.

Dated:  March 3, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge