DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #15926
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
SHERI LYNN YOKOM


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-09-511 GEB |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED]ORDER |
| SHERI LYNN YOKOM, ) | |
| Defendant. ) | Date:  May 7, 2010 |
| _____ ) | Time:  9:00 am. |
| | Judge: Hon. Garland E. Burrell |

     It is hereby stipulated between the parties, Assistant United

States Attorney Michael Anderson, and Assistant Federal Defender Caro

Marks, attorney for defendant Sheri Lynn Yokom, as follows:

     The status conference hearing date of April 23, 2010, should be

continued until May 7, 2010 .

     The reason for the continuance is as follows:  the defense has

requested that the government include a provision in the plea agreement

that would state the government does not object to the defendant

serving her prison time in Canada, her country of origin. The prosecutor is presently in trial and has not had time to make the requested addition. Also, the defendant has recently found an  error in her PSR, which will require defense counsel to travel to Nevada County Jail and meet with her and then to research it.

To allow both counsel to achieve these goals, the parties stipulate to continue the present status conference/entry of plea date from April 23, 2010, to May 7, 2010.

Therefore, IT IS STIPULATED between the parties that the time period between the signing of this Order up to and including May 7, 2010 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, for ongoing preparation of counsel.


Dated:  April 20, 2010

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ Caro Marks
_____
CARO MARKS
Attorney for Defendant
SHERI LYNN YOKOM

Dated: April 20, 2010

BENJAMIN WAGNER
United States Attorney


/s/ Michael Anderson
_____
MICHAEL ANDERSON
Assistant United States Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that The April 23, 2010 status conference be continued to May 7, 2010 at 9:00 a.m.  Based on The representation of defense counsel and good cause appearing there from, The court hereby finds that The failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account The exercise of due diligence.  The Court finds that The ends of justice to be served by granting a continuance outweigh The best interests of The public and The defendant in a speedy trial.  It is ordered that time up to and including The status conference on May 7, 2010 shall be excluded from computation of time within which The trial of this matter must be commenced under The Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow counsel reasonable time to prepare.

Dated:  May 6, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge