```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  CARO MARKS, Bar #15926
    Designated Counsel for Service
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    SHERI LYNN YOKOM
 7

 8

 9                IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      )  No. CR-S-09-511 GEB
                                   )
14              Plaintiff,         )
                                   )
15       v.                        )  STIPULATION AND [PROPOSED]ORDER
                                   )
16  SHERI LYNN YOKOM,              )
                                   )  Date:  May 21, 2010
17              Defendant.         )  Time:  9:00 am.
                                   )  Judge: Hon. Garland E. Burrell
18  _____ )

19
```

It is hereby stipulated between the parties, Assistant United States Attorney Michael Anderson, and Assistant Federal Defender Caro Marks, attorney for defendant Sheri Lynn Yokom, as follows:

The status conference hearing date of May 7, 2010, should be continued until May 21, 2010 .

The reason for the continuance is that defense counsel has an unforeseen need to be out of the jurisdiction the week of May 3, and will not return in time to travel to Nevada City and review the change

1 of plea hearing with the defendant, who is housed at the Nevada City
2 Jail. To allow the defense time to complete this task, the parties
3 stipulate to continue the present status conference/entry of plea date
4 from May 7 to May 21, 2010.
5     Therefore, IT IS STIPULATED between the parties that the time
6 period between the signing of this Order up to and including May 21,
7 2010 be excluded in computing the time within which trial must commence
8 under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
9 (B)(iv) and Local Code T4, for ongoing preparation and continuity of
10 counsel.

12 Dated: May 3, 2010
    Respectfully submitted,

    DANIEL J. BRODERICK
    Federal Defender

    /s/ Caro Marks
    _____
    CARO MARKS
    Attorney for Defendant
    SHERI LYNN YOKOM

18 Dated: March 3, 2010

    BENJAMIN WAGNER
    United States Attorney

    /s/ Michael Anderson
    _____
    MICHAEL ANDERSON
    Assistant United States Attorney

**ORDER**

25     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
26 ordered that the May 7, 2010 status conference be continued to May 21,
27 2010 at 9:00 a.m.  Based on the representation of defense counsel and
28 good cause appearing there from, the court hereby finds that the

failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the status conference on May 21, 2010 shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:  May 6, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge