DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #15926
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SHERI LYNN YOKOM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-09-511 GEB |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND [PROPOSED]ORDER |
| ) | |
| SHERI LYNN YOKOM, ) | |
| ) | Date: June 25, 2010 |
| Defendant. ) | Time: 9:00 am. |
| ) | Judge: Hon. Garland E. Burrell |
| _____ ) | |

    It is hereby stipulated between the parties, Assistant United States Attorney Michael Anderson, and Assistant Federal Defender Caro Marks, attorney for defendant Sheri Lynn Yokom, as follows:

    The change of plea/judgment and sentencing date of June 11, 2010, should be continued until June 25, 2010.

    The reason for the continuance is that the defendant has qualified for a section 5K departure from the applicable guidelines. The parties need additional time to discuss the departure, and the government needs

time to write the required "5K letter".  To allow the parties time to complete these tasks, they stipulate to continue the present status conference/entry of plea date from June 11, 2010 to June 25, 2010.

    Therefore, IT IS STIPULATED between the parties that the time period between the signing of this Order up to and including June 25, 2010 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T4, for ongoing preparation and continuity of counsel.

Dated:  June 9, 2010

                      Respectfully submitted,

                      DANIEL J. BRODERICK
                      Federal Defender

                      /s/ Caro Marks
                      _____
                      CARO MARKS
                      Attorney for Defendant
                      SHERI LYNN YOKOM

Dated:  June 9, 2010

                      BENJAMIN WAGNER
                      United States Attorney

                      /s/ Michael Anderson
                      _____
                      MICHAEL ANDERSON
                      Assistant United States Attorney

**ORDER**

    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the June 11, 2010 status conference be continued to June 25, 2010 at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the court hereby finds that the failure to grant a continuance in this case would deny defense counsel

reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the status conference on June 25, 2010 shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:  June 10, 2010

GARLAND E. BURRELL, JR.
United States District Judge