```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  CARO MARKS, Bar #15926
    Designated Counsel for Service
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    SHERI LYNN YOKOM
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,     ) No. CR-S-09-511 GEB
                                  )
14              Plaintiff,        )
                                  )
15      v.                        ) STIPULATION AND [PROPOSED]ORDER
                                  )
16  SHERI LYNN YOKOM,             )
                                  ) Date:  July 2, 2010
17              Defendant.        ) Time:  9:00 am.
                                  ) Judge: Hon. Garland E. Burrell
18  _____ )

19
```

It is hereby stipulated between the parties, Assistant United States Attorney Michael Anderson, and Assistant Federal Defender Caro Marks, attorney for defendant Sheri Lynn Yokom, as follows:

The change of plea/judgment and sentencing date of June 25, 2010, should be continued until July 2, 2010.

The reason for the continuance is that to allow the [arties sufficient time to negotiate the extent of the defendant's section 5K departure from the applicable guidelines sentence. The parties need

1  additional time to discuss the departure, and the government needs time
2  to write the required "5K letter".  To allow the parties time to
3  complete these tasks, they stipulate to continue the present status
4  conference/entry of plea date from June 25, 2010 to July 2, 2010.
5       Therefore, IT IS STIPULATED between the parties that the time
6  period between the signing of this Order up to and including July 2,
7  2010 be excluded in computing the time within which trial must commence
8  under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
9  (B)(iv) and Local Code T4, for ongoing preparation and continuity of
10 counsel.

12 Dated:  June 17, 2010
                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/ Caro Marks
                                    _____
                                    CARO MARKS
                                    Attorney for Defendant
                                    SHERI LYNN YOKOM
18 Dated:  June 17, 2010

                                    BENJAMIN WAGNER
                                    United States Attorney


                                    /s/ Michael Anderson
                                    _____
                                    MICHAEL ANDERSON
                                    Assistant United States Attorney


**ORDER**

25     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
26 ordered that the June 25, 2010 status conference be continued to July
27 2, 2010 at 9:00 a.m.  Based on the representation of defense counsel
28 and good cause appearing there from, the court hereby finds that the

failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the judgment and sentencing on July 2, 2010 shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:  June 17, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge