DANIEL J. BRODERICK, #89424
Federal Defender
CARO MARKS, Bar #15926
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SHERI LYNN YOKOM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-09-511 GEB |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND [PROPOSED]ORDER |
| ) | |
| SHERI LYNN YOKOM, ) | |
| ) | Date: July 23, 2010 |
| Defendant. ) | Time: 9:00 am. |
| ) | Judge: Hon. Garland E. Burrell Jr. |
| _____ ) | |

It is hereby stipulated between the parties, Assistant United States Attorney Michael Anderson, and Assistant Federal Defender Caro Marks, attorney for defendant Sheri Lynn Yokom, as follows:

The status conference date of July 2, 2010, should be continued until July 23, 2010.

The reason for the continuance is that the defense attorney is out of town on a family emergency and is unable to attend the currently scheduled hearing.

1    Therefore, IT IS STIPULATED between the parties that the time
2 period between the signing of this Order up to and including July 23,
3 2010 be excluded in computing the time within which trial must commence
4 under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
5 (B)(iv) and Local Code T4, for ongoing preparation and continuity of
6 counsel.

Dated: June 29, 2010
                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender


                                        /s/ Caro Marks
                                        CARO MARKS
                                        Attorney for Defendant
                                        SHERI LYNN YOKOM
Dated: June 29, 2010

                                        BENJAMIN WAGNER
                                        United States Attorney


                                        /s/ Michael Anderson
                                        MICHAEL ANDERSON
                                        Assistant United States Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the July 2, 2010 status conference be continued to July 23, 2010 at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is

1  ordered that time up to and including the status conference on July 23,
2  2010 shall be excluded from computation of time within which the trial
3  of this matter must be commenced under the Speedy Trial Act pursuant to
4  18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow
5  defense counsel reasonable time to prepare.

6  Dated: June 29, 2010

```
                                   _____
                                   GARLAND E. BURRELL, JR.
                                   United States District Judge
```