```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHAEL D. ANDERSON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2755
 5
 6
 7                IN THE UNITED STATES DISTRICT COURT
 8              FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    ) No. CR-S-09-0511-GEB
                                 )
11              Plaintiff,       )
                                 )
12       v.                      ) SEALING ORDER
                                 )
13  SHERI LYNN YOKUM,            )
        aka Sheri Lynn Smith,    )
14                               )
                Defendant.       )
15                               )
    _____ )
16
17      Upon Application of the United States of America and good
18  cause having been shown,
19      IT IS HEREBY ORDERED that the attached document entered herein
20  and any associated material is hereby SEALED until further order
21  of this Court.
22
    DATED: July 23, 2010
23
24                                  _____
                                    GARLAND E. BURRELL, JR.
25                                  United States District Judge
26
27
28
```

FILED
JUL 23 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK